| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>CLELAND, ROBERT H. | 2. Court or Organization<br><br>United States District Court, Eastern District of Michigan | 3. Date of Report<br><br>07/15/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Article III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>707 Theodore Levin Courthouse<br>231 W. Lafayette Blvd<br>Detroit, MI 48226 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust |
| 2. | Co-Trustee | Partnership 1 |
| 3. | Member | Board of Directors, Condominium Associations |
| 4. | Member | Investment Club |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. S1 | D | Dividend | P1 | T | | | | | |
| 2. -CUB Investment Partnership | | | | | | | | | |
| 3. -Mich residential real estate held for rental; St Clair Cnty | | | | | Sold | 07/25/13 | M | E | |
| 4. -AB Discover Growth Fund | | | | | Sold (part) | 10/11/13 | J | A | |
| 5. -AB Discovery Value Fund | | | | | Sold (part) | 10/11/13 | J | A | |
| 6. -Abercrombie & Fitch Co (Common) | | | | | Buy | 07/29/13 | J | | |
| 7. -Abercrombie & Fitch Co (Common) | | | | | Sold | 10/08/13 | J | | |
| 8. -Affiliated Managers Group Inc (Common) | | | | | Buy (add'l) | 05/10/13 | J | | |
| 9. -Allergan Inc (Common) | | | | | Buy | 05/06/13 | J | | |
| 10. -Allergan Inc (Common) | | | | | Buy (add'l) | 05/16/13 | J | | |
| 11. -Allergan Inc (Common) | | | | | Buy (add'l) | 05/21/13 | J | | |
| 12. -Allergan Inc (Common) | | | | | Sold (part) | 08/27/13 | J | | |
| 13. -Allergan Inc (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 14. -Alliance Bernstein Cash (Fund) | | | | | | | | | |
| 15. -Altria Group Inc (Common) | | | | | Sold (part) | 01/16/13 | J | | |
| 16. -Altria Group Inc (Common) | | | | | Sold (part) | 05/07/13 | J | A | |
| 17. -Altria Group Inc (Common) | | | | | Sold (part) | 06/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Altria Group Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 19. -Amazon.com Inc (Common) | | | | | Buy (add'l) | 05/01/13 | J | | |
| 20. -Amdocs Ltd (Common) | | | | | Buy | 02/13/13 | J | | |
| 21. -Amdocs Ltd (Common) | | | | | Buy (add'l) | 05/22/13 | J | | |
| 22. -Amdocs Ltd (Common) | | | | | Buy (add'l) | 10/23/13 | J | | |
| 23. -American Express Co. (Common) | | | | | Buy | 05/13/13 | J | | |
| 24. -American Express Co. (Common) | | | | | Buy (add'l) | 06/05/13 | J | | |
| 25. -American Express Co. (Common) | | | | | Buy (add'l) | 09/17/13 | J | | |
| 26. -American Express Co. (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 27. -American International Group (Common) | | | | | Buy | 05/09/13 | J | | |
| 28. -American International Group (Common) | | | | | Buy (add'l) | 06/07/13 | J | | |
| 29. -American International Group (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 30. -American International Group (Common) | | | | | Buy (add'l) | 11/14/13 | J | | |
| 31. -American Tower Corp (Common) | | | | | Buy | 12/16/13 | J | | |
| 32. -Amgen Inc (Common) | | | | | Sold | 05/20/13 | J | A | |
| 33. -Ansys Inc (Common) | | | | | Buy (add'l) | 04/22/13 | J | | |
| 34. -Ansys Inc (Common) | | | | | Buy (add'l) | 10/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ansys Inc (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 36. -AON PLC (Common) | | | | | Buy | 09/19/13 | J | | |
| 37. -AON PLC (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 38. -Apple Inc (Common) | | | | | Sold (part) | 06/17/13 | J | B | |
| 39. -Apple Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 40. -Apple Inc (Common) | | | | | Buy (add'l) | 12/20/13 | J | | |
| 41. -Applied Materials Inc (Common) | | | | | Sold (part) | 05/03/13 | J | A | |
| 42. -Applied Materials Inc (Common) | | | | | Sold | 08/22/13 | J | B | |
| 43. -Assurant Inc (Common) | | | | | Buy | 12/05/13 | J | | |
| 44. -Astrazeneca PLC Spons ADR (Common) | | | | | Sold (part) | 02/05/13 | J | A | |
| 45. -Astrazeneca PLC Spons ADR (Common) | | | | | Sold (part) | 02/11/13 | J | A | |
| 46. -Astrazeneca PLC Spons ADR (Common) | | | | | Sold (part) | 04/15/13 | J | A | |
| 47. -Astrazeneca PLC Spons ADR (Common) | | | | | Sold | 05/20/13 | J | A | |
| 48. -AT&T Inc (Common) | | | | | Sold (part) | 02/06/13 | J | | |
| 49. -Bank of America Corp (Common) | | | | | Buy (add'l) | 02/05/13 | J | | |
| 50. -Bank of America Corp (Common) | | | | | Buy (add'l) | 02/15/13 | J | | |
| 51. -Bank of America Corp (Common) | | | | | Sold (part) | 10/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -BB&T Corp (Common) | | | | | Sold | 02/25/13 | J | | |
| 53.   -Becton Dickinson & Co (Common) | | | | | | | | | |
| 54.   -Berkshire Hathaway Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 55.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 01/18/13 | J | | |
| 56.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 02/20/13 | J | | |
| 57.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 03/20/13 | J | | |
| 58.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 04/19/13 | J | | |
| 59.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 05/20/13 | J | | |
| 60.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 06/20/13 | J | | |
| 61.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 07/19/13 | J | | |
| 62.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 08/20/13 | J | | |
| 63.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 08/22/13 | J | | |
| 64.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 09/20/13 | J | | |
| 65.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 10/18/13 | J | | |
| 66.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 11/20/13 | J | | |
| 67.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 12/10/13 | J | | |
| 68.   -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 12/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Bernstein Emerging Markets Portfolios | | | | | Buy | 12/01/13 | J | | |
| 70. -Bernstein International Portfolios | | | | | Buy | 11/26/13 | K | | |
| 71. -Bernstein International Portfolios | | | | | Sold | 12/31/13 | K | A | |
| 72. -Bernstein Multi Manager Hedge Fund Portfolio | | | | | | | | | |
| 73. -Bernstein Tax-Managed International Portfolio | | | | | Buy | 12/30/13 | K | | |
| 74. -Biogen Idec Inc (Common) | | | | | Sold (part) | 09/06/13 | J | A | |
| 75. -Biogen Idec Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 76. -Boeing Co (Common) | | | | | Buy | 05/07/13 | J | | |
| 77. -Boeing Co (Common) | | | | | Buy (add'l) | 06/04/13 | J | | |
| 78. -Boeing Co (Common) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 79. -Boeing Co (Common) | | | | | Sold (part) | 10/18/13 | J | A | |
| 80. -BP PLC-Spons ADR (Common) | | | | | Sold | 02/13/13 | J | A | |
| 81. -Campbell Soup (Common) | | | | | Buy | 03/27/13 | J | | |
| 82. -Campbell Soup (Common) | | | | | Buy (add'l) | 05/15/13 | J | | |
| 83. -Campbell Soup (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 84. -Campbell Soup (Common) | | | | | Sold | 10/28/13 | J | | |
| 85. -Capital One Financial Corp(Common) | | | | | Buy | 04/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -CBS Corp (Common) | | | | | Buy | 06/20/13 | J | | |
| 87. -CBS Corp (Common) | | | | | Buy (add'l) | 07/17/13 | J | | |
| 88. -CBS Corp (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 89. -Celgene Corp (Common) | | | | | Buy | 03/22/13 | J | | |
| 90. -Celgene Corp (Common) | | | | | Buy (add'l) | 05/10/13 | J | | |
| 91. -Chevron Corp (Common) | | | | | Sold (part) | 08/23/13 | J | A | |
| 92. -Chevron Corp (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 93. -Chevron Corp (Common) | | | | | Buy (add'l) | 11/18/13 | J | | |
| 94. -Chipotle Mexican Grill (Common) | | | | | Sold (part) | 02/07/13 | J | | |
| 95. -Chipotle Mexican Grill (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 96. -Chubb Corp (Common) | | | | | Buy | 03/22/13 | J | | |
| 97. -Chubb Corp (Common) | | | | | Buy | 06/05/13 | J | | |
| 98. -Cisco Systems Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 99. -Cisco Systems Inc (Common) | | | | | Sold (part) | 12/02/13 | J | A | |
| 100. -CIT Group Inc (Common) | | | | | Sold (part) | 07/10/13 | J | A | |
| 101. -CIT Group Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 102. -CIT Group Inc (Common) | | | | | Sold (part) | 11/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 57

**Name of Person Reporting**

CLELAND, ROBERT H.

**Date of Report**

07/15/2015

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Citigroup Inc (Common) | | | | | Buy (add'l) | 08/12/13 | J | | |
| 104.  -Citigroup Inc (Common) | | | | | Sold (part) | 01/29/13 | J | | |
| 105.  -Citigroup Inc (Common) | | | | | Sold (part) | 03/21/13 | J | A | |
| 106.  -Citigroup Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 107.  -Citizens First Bancorp Inc (Common) | | | | | | | | | |
| 108.  -Citrix Systems Inc (Common) | | | | | Sold (part) | 01/23/13 | J | | |
| 109.  -Citrix Systems Inc (Common) | | | | | Sold (part) | 07/02/13 | J | | |
| 110.  -Citrix Systems Inc (Common) | | | | | Sold (part) | 08/27/13 | J | A | |
| 111.  -Citrix Systems Inc (Common) | | | | | Sold | 11/15/13 | J | | |
| 112.  -Cognizant Tech Solutions (Common) | | | | | Buy (add'l) | 05/01/13 | J | | |
| 113.  -Cognizant Tech Solutions (Common) | | | | | Buy (add'l) | 05/23/13 | J | | |
| 114.  -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 115.  -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 10/21/13 | J | A | |
| 116.  -Comcast Corp (Common) | | | | | | | | | |
| 117.  -Conagra Foods Inc (Common) | | | | | Buy | 01/14/13 | J | | |
| 118.  -Conagra Foods Inc (Common) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 119.  -Conagra Foods Inc (Common) | | | | | Sold (part) | 10/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Costco Wholesale Corp (Common) | | | | | Buy | 04/23/13 | J | | |
| 121. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 12/23/13 | J | | |
| 122. -CST Brands (Common) | | | | | Spinoff (from line 348) | 05/01/13 | J | | |
| 123. -CST Brands (Common) | | | | | Sold | 05/03/13 | J | | |
| 124. -CVS/Caremark Corp (Common) | | | | | Buy | 11/18/13 | J | | |
| 125. -CVS/Caremark Corp (Common) | | | | | Buy (add'l) | 12/03/13 | J | | |
| 126. -Danaher Corp (Common) | | | | | Buy (add'l) | 07/16/13 | J | | |
| 127. -Danaher Corp (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 128. -Delta Airlines Inc (Common) | | | | | Sold (part) | 01/23/13 | J | A | |
| 129. -Delta Airlines Inc (Common) | | | | | Sold (part) | 03/20/13 | J | A | |
| 130. -Delta Airlines Inc (Common) | | | | | Sold (part) | 10/10/13 | J | A | |
| 131. -Delta Airlines Inc (Common) | | | | | Sold | 10/14/13 | J | A | |
| 132. -Diamond Offshore Drilling (Common) | | | | | Sold | 08/08/13 | J | A | |
| 133. -DirecTV (Common) | | | | | Sold | 02/25/13 | J | A | |
| 134. -Discover Financial Services (Common) | | | | | Sold | 09/20/13 | J | A | |
| 135. -Eaton Corp (Common) | | | | | Sold (part) | 05/09/13 | J | A | |
| 136. -Eaton Corp (Common) | | | | | Sold | 08/21/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -EBay Inc (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 138. -EBay Inc (Common) | | | | | Buy (add'l) | 03/19/13 | J | | |
| 139. -EBay Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 140. -Electronic Arts Inc (Common) | | | | | Buy | 05/29/13 | J | | |
| 141. -Electronic Arts Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 142. -Electronic Arts Inc (Common) | | | | | Buy (add'l) | 11/05/13 | J | | |
| 143. -Electronic Arts Inc (Common) | | | | | Buy (add'l) | 12/05/13 | J | | |
| 144. -EMC Corp (Common) | | | | | Buy (add'l) | 07/31/13 | J | | |
| 145. -EMC Corp (Common) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 146. -EMC Corp (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 147. -EMC Corp (Common) | | | | | Sold | 10/22/13 | J | | |
| 148. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 02/05/13 | J | | |
| 149. -EOG Resources Inc (Common) | | | | | Sold (part) | 07/25/13 | J | A | |
| 150. -EOG Resources Inc (Common) | | | | | Sold | 10/04/13 | J | A | |
| 151. -Everest Re Group LTD (Common) | | | | | Buy | 03/05/13 | J | | |
| 152. -Exxon Mobile Corp (Common) | | | | | Sold (part) | 02/08/13 | J | | |
| 153. -Exxon Mobile Corp (Common) | | | | | Buy (add'l) | 03/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Exxon Mobile Corp (Common) | | | | | Sold (part) | 04/11/13 | J | | |
| 155. -Exxon Mobile Corp (Common) | | | | | Sold (part) | 04/25/13 | J | | |
| 156. -Exxon Mobile Corp (Common) | | | | | Sold (part) | 07/16/13 | J | A | |
| 157. -Exxon Mobile Corp (Common) | | | | | Sold | 09/12/13 | J | A | |
| 158. -F5 Networks Inc (Common) | | | | | Buy (add'l) | 01/30/13 | J | | |
| 159. -F5 Networks Inc (Common) | | | | | Buy (add'l) | 02/22/13 | J | | |
| 160. -F5 Networks Inc (Common) | | | | | Sold (part) | 03/25/13 | J | | |
| 161. -F5 Networks Inc (Common) | | | | | Sold | 06/12/13 | J | | |
| 162. -Fidelity National Financial (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 163. -Fidelity National Financial (Common) | | | | | Sold | 10/25/13 | J | A | |
| 164. -Fidelity National Information Systems (Common) | | | | | | | | | |
| 165. -Fiserv Inc (Common) | | | | | Buy (add'l) | 01/09/13 | J | | |
| 166. -Fiserv Inc (Common) | | | | | Buy (add'l) | 05/20/13 | J | | |
| 167. -Fiserv Inc (Common) | | | | | Sold | 07/05/13 | J | A | |
| 168. -Gamestop (Common) | | | | | Buy | 02/06/13 | J | | |
| 169. -Gamestop (Common) | | | | | Sold | 09/16/13 | J | B | |
| 170. -Gannett Co (Common) | | | | | Buy | 10/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -General Electric Co (Common) | | | | | Buy (add'l) | 06/04/13 | J | | |
| 172. -General Electric Co (Common) | | | | | Sold | 08/19/13 | J | B | |
| 173. -Genworth Financial Inc (Common) | | | | | Buy | 07/01/13 | J | | |
| 174. -Gilead Sciences Inc (Common) | | | | | Buy | 06/13/13 | J | | |
| 175. -Goldman Sachs Group Inc (Common) | | | | | Buy | 01/10/13 | J | | |
| 176. -Google Inc (Common) | | | | | Sold (part) | 01/07/13 | J | | |
| 177. -Google Inc (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 178. -Halliburton Co (Common) | | | | | Buy | 08/27/13 | J | | |
| 179. -Halliburton Co (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 180. -Harley Davidson Inc (Common) | | | | | Buy | 05/20/13 | J | | |
| 181. -Harley Davidson Inc (Common) | | | | | Sold (part) | 07/09/13 | J | A | |
| 182. -Harley Davidson Inc (Common) | | | | | Sold | 07/29/13 | J | A | |
| 183. -Harris Corp (Common) | | | | | Buy (add'l) | 01/07/13 | J | | |
| 184. -Harris Corp (Common) | | | | | Sold (part) | 02/11/13 | J | | |
| 185. -Harris Corp (Common) | | | | | Sold | 03/19/13 | J | | |
| 186. -Hasbro Inc (Common) | | | | | Buy | 10/23/13 | J | | |
| 187. -Health Net Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Hess Corp (Common) | | | | | Buy | 10/16/13 | J | | |
| 189. -Hess Corp (Common) | | | | | Buy (add'l) | 11/01/13 | J | | |
| 190. -Hewlett Packard Co (Common) | | | | | Sold (part) | 07/17/13 | J | | |
| 191. -Hewlett Packard Co (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 192. -Home Depot Inc (Common) | | | | | | | | | |
| 193. -IDEXX Labs Corp (Common) | | | | | Sold (part) | 04/04/13 | J | | |
| 194. -IDEXX Labs Corp (Common) | | | | | Sold (part) | 04/23/13 | J | | |
| 195. -IDEXX Labs Corp (Common) | | | | | Sold | 06/10/13 | J | | |
| 196. -Illinois Tools Works (Common) | | | | | Buy | 03/21/13 | J | | |
| 197. -Illinois Tools Works (Common) | | | | | Buy (add'l) | 05/06/13 | J | | |
| 198. -Illinois Tools Works (Common) | | | | | Buy (add'l) | 05/21/13 | J | | |
| 199. -Illinois Tools Works (Common) | | | | | Sold (part) | 07/15/13 | J | A | |
| 200. -Illinois Tools Works (Common) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 201. -Intercontinental Exchange Inc (Common) | | | | | Sold (part) | 05/09/13 | J | A | |
| 202. -Intercontinental Exchange Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 203. -International Business Machines Corp (Common) | | | | | Sold (part) | 01/10/13 | J | | |
| 204. -International Business Machines Corp (Common) | | | | | Buy (add'l) | 03/25/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -International Business Machines Corp (Common) | | | | | Sold (part) | 11/14/13 | J | | |
| 206.  -International Business Machines Corp (Common) | | | | | Sold (part) | 12/13/13 | J | | |
| 207.  -Intuit Inc (Common) | | | | | Buy (add'l) | 02/06/13 | J | | |
| 208.  -Intuit Inc (Common) | | | | | Sold | 05/06/13 | J | | |
| 209.  -Intuitive Surgical Inc (Common) | | | | | Buy (add'l) | 05/01/13 | J | | |
| 210.  -Intuitive Surgical Inc (Common) | | | | | Buy (add'l) | 07/22/13 | J | | |
| 211.  -Intuitive Surgical Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 212.  -Intuitive Surgical Inc (Common) | | | | | Sold (part) | 10/30/13 | J | | |
| 213.  -Intuitive Surgical Inc (Common) | | | | | Sold | 12/04/13 | J | | |
| 214.  -JM Smucker Co (Common) | | | | | Buy | 01/07/13 | J | | |
| 215.  -JM Smucker Co (Common) | | | | | Buy (add'l) | 01/10/13 | J | | |
| 216.  -JM Smucker Co (Common) | | | | | Buy (add'l) | 02/07/13 | J | | |
| 217.  -JM Smucker Co (Common) | | | | | Sold (part) | 05/17/13 | J | | |
| 218.  -Johnson &Johnson (Common) | | | | | Sold (part) | 03/21/13 | J | A | |
| 219.  -Johnson &Johnson (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 220.  -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/13/13 | J | A | |
| 221.  -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 07/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 223.  -Kinder Morgan Inc (Common) | | | | | Buy (add'l) | 05/20/13 | J | | |
| 224.  -Kinder Morgan Inc (Common) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 225.  -Kinder Morgan Inc (Common) | | | | | Sold (part) | 10/07/13 | J | | |
| 226.  -Kinder Morgan Inc (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 227.  -Kinder Morgan Inc (Common) | | | | | Sold (part) | 10/18/13 | J | A | |
| 228.  -Kinder Morgan Inc (Common) | | | | | Sold (part) | 12/02/13 | J | A | |
| 229.  -Kraft Foods Group (Common) | | | | | Buy (add'l) | 01/08/13 | J | | |
| 230.  -Kraft Foods Group (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 231.  -Kraft Foods Group (Common) | | | | | Sold (part) | 11/22/13 | J | A | |
| 232.  -Kroger Co (Common) | | | | | Sold (part) | 05/07/13 | J | A | |
| 233.  -Kroger Co (Common) | | | | | Sold (part) | 06/06/13 | J | A | |
| 234.  -Kroger Co (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 235.  -Liberty Media Corp (Common) | | | | | | | | | |
| 236.  -Linkedin Corp (Common) | | | | | Sold (part) | 04/22/13 | J | A | |
| 237.  -Lorillard Inc (Common) | | | | | Sold (part) | 01/31/13 | J | A | |
| 238.  -Lorillard Inc (Common) | | | | | Sold (part) | 03/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 57

**Name of Person Reporting**

**CLELAND, ROBERT H.**

**Date of Report**

07/15/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Lorillard Inc (Common) | | | | | Sold | 03/21/13 | J | A | |
| 240. -Lyondellbasell Industries (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 241. -Macy's Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 242. -Macy's Inc (Common) | | | | | Sold (part) | 10/14/13 | J | A | |
| 243. -Marathon Petroleum Corp (Common) | | | | | Buy | 03/18/13 | J | | |
| 244. -Marathon Petroleum Corp (Common) | | | | | Buy (add'l) | 05/03/13 | J | | |
| 245. -Marathon Petroleum Corp (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 246. -Marathon Petroleum Corp (Common) | | | | | Sold (part) | 10/30/13 | J | | |
| 247. -Marsh & McLennan Cos Inc (Common) | | | | | Buy (add'l) | 01/08/13 | J | | |
| 248. -Marsh & McLennan Cos Inc (Common) | | | | | Sold | 02/12/13 | J | A | |
| 249. -McDonald's Corp (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 250. -McDonald's Corp (Common) | | | | | Sold (part) | 11/06/13 | J | A | |
| 251. -McKesson Corp (Common) | | | | | Sold (part) | 03/08/13 | J | A | |
| 252. -McKesson Corp (Common) | | | | | Sold | 06/03/13 | J | A | |
| 253. -Meade Johnson Nutrition Co (Common) | | | | | Buy | 12/05/13 | J | | |
| 254. -Meade Johnson Nutrition Co (Common) | | | | | Buy (add'l) | 12/20/13 | J | | |
| 255. -Medtronic Inc (Common) | | | | | Sold (part) | 05/17/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Medtronic Inc (Common) | | | | | Buy (add'l) | 08/20/13 | J | | |
| 257.  -Merck & Co Inc (Common) | | | | | Sold (part) | 05/17/13 | J | A | |
| 258.  -MGM Resorts International (Common) | | | | | Sold (part) | 02/19/13 | J | | |
| 259.  -MGM Resorts International (Common) | | | | | Sold | 03/15/13 | J | | |
| 260.  -Micron Technology Inc (Common) | | | | | Sold (part) | 04/05/13 | J | B | |
| 261.  -Micron Technology Inc (Common) | | | | | Sold | 05/28/13 | J | A | |
| 262.  -Microsoft Corp (Common) | | | | | Sold (part) | 05/30/13 | J | A | |
| 263.  -Microsoft Corp (Common) | | | | | Buy (add'l) | 07/09/13 | J | | |
| 264.  -Microsoft Corp (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 265.  -Monsanto Co (Common) | | | | | Buy | 02/15/13 | J | | |
| 266.  -Monsanto Co (Common) | | | | | Buy (add'l) | 03/22/13 | J | | |
| 267.  -Monsanto Co (Common) | | | | | Buy (add'l) | 07/16/13 | J | | |
| 268.  -Monsanto Co (Common) | | | | | Sold (part) | 09/23/13 | J | | |
| 269.  -Monsanto Co (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 270.  -National - Oilwell Inc (Common) | | | | | Sold (part) | 06/04/13 | J | | |
| 271.  -National - Oilwell Inc (Common) | | | | | Sold | 07/29/13 | J | A | |
| 272.  -Nike Inc (Common) | | | | | Buy | 12/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Noble Energy Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 274. -NV Energy Inc (Common) | | | | | Sold | 02/12/13 | J | A | |
| 275. -Occidental Petroleum Corp (Common) | | | | | Buy | 09/12/13 | J | | |
| 276. -Parker Hannifin Corp (Common) | | | | | Buy | 09/27/13 | J | | |
| 277. -Parker Hannifin Corp (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 278. -Partnerre LTD (Common) | | | | | Buy (add'l) | 12/17/13 | J | | |
| 279. -Patterson Cos Inc (Common) | | | | | Buy | 02/15/13 | J | | |
| 280. -Patterson Cos Inc (Common) | | | | | Buy (add'l) | 06/03/13 | J | | |
| 281. -Pepsico Inc (Common) | | | | | Buy | 08/15/13 | J | | |
| 282. -Petsmart (Common) | | | | | Buy (add'l) | 03/01/13 | J | | |
| 283. -Petsmart (Common) | | | | | Sold (part) | 04/02/13 | J | | |
| 284. -Pfizer Inc (Common) | | | | | Sold (part) | 03/21/13 | J | A | |
| 285. -Pfizer Inc (Common) | | | | | Sold (part) | 05/03/13 | J | A | |
| 286. -Pfizer Inc (Common) | | | | | Buy (add'l) | 06/14/13 | J | | |
| 287. -Pfizer Inc (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 288. -Philip Morris International (Common) | | | | | Sold (part) | 05/16/13 | J | A | |
| 289. -Philip Morris International (Common) | | | | | Sold (part) | 10/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Polaris Industries Inc (Common) | | | | | Buy | 11/12/13 | J | | |
| 291. -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 02/07/13 | J | | |
| 292. -Precision Castparts Corp (Common) | | | | | Sold (part) | 05/20/13 | J | A | |
| 293. -Precision Castparts Corp (Common) | | | | | Sold (part) | 08/09/13 | J | A | |
| 294. -Precision Castparts Corp (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 295. -Priceline Group Inc (Common) | | | | | Buy | 04/10/13 | J | | |
| 296. -Priceline Group Inc (Common) | | | | | Buy (add'l) | 04/18/13 | J | | |
| 297. -Priceline Group Inc (Common) | | | | | Buy (add'l) | 05/23/13 | J | | |
| 298. -Priceline Group Inc (Common) | | | | | Buy (add'l) | 05/24/13 | J | | |
| 299. -Priceline Group Inc (Common) | | | | | Sold (part) | 10/02/13 | J | A | |
| 300. -Procter & Gamble Co (Common) | | | | | Sold | 05/22/13 | J | A | |
| 301. -Pulte Group Inc (Common) | | | | | Buy (add'l) | 07/22/13 | J | | |
| 302. -Pulte Group Inc (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 303. -Raytheon Co (Common) | | | | | Buy | 11/01/13 | J | | |
| 304. -Raytheon Co (Common) | | | | | Buy (add'l) | 12/03/13 | J | | |
| 305. -Regal Entertainment Group (Common) | | | | | Buy | 07/11/13 | J | | |
| 306. -Reynolds American Inc (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Safeway Inc (Common) | | | | | Buy | 03/25/13 | J | | |
| 308. -Safeway Inc (Common) | | | | | Sold | 06/13/13 | J | | |
| 309. -Schlumbergr LTD (Common) | | | | | Sold (part) | 05/01/13 | J | A | |
| 310. -Schlumbergr LTD (Common) | | | | | Buy (add'l) | 07/26/13 | J | | |
| 311. -Schlumbergr LTD (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 312. -Sherwin Williams Co (Common) | | | | | Sold (part) | 03/22/13 | J | A | |
| 313. -Sherwin Williams Co (Common) | | | | | Sold (part) | 05/09/13 | J | A | |
| 314. -Sherwin Williams Co (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 315. -Sherwin Williams Co (Common) | | | | | Buy (add'l) | 10/22/13 | J | | |
| 316. -Starbucks Corp (Common) | | | | | Sold (part) | 08/05/13 | J | A | |
| 317. -Starbucks Corp (Common) | | | | | Sold (part) | 10/15/13 | J | A | |
| 318. -Stericycle Inc (Common) | | | | | Buy | 03/01/13 | J | | |
| 319. -Stericycle Inc (Common) | | | | | Sold | 09/24/13 | J | A | |
| 320. -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 03/11/13 | J | | |
| 321. -Tax-Aware Overlay (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 322. -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 12/17/13 | J | | |
| 323. -The Walt Disney Co (Common) | | | | | Sold (part) | 09/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -The Walt Disney Co (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 325. -Tibco Software Inc (Common) | | | | | Sold (part) | 02/01/13 | J | | |
| 326. -Tibco Software Inc (Common) | | | | | Sold | 04/26/13 | J | | |
| 327. -Time Warner Cable (Common) | | | | | Sold (part) | 07/19/13 | J | B | |
| 328. -Time Warner Cable (Common) | | | | | Sold | 08/15/13 | J | B | |
| 329. -Time Warner Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 330. -TJX Companies Inc (Common) | | | | | Buy (add'l) | 04/05/13 | J | | |
| 331. -TJX Companies Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 332. -Tyson Foods Inc (Common) | | | | | Sold (part) | 03/25/13 | J | A | |
| 333. -Tyson Foods Inc (Common) | | | | | Sold (part) | 05/10/13 | J | A | |
| 334. -Tyson Foods Inc (Common) | | | | | Sold | 05/23/13 | J | A | |
| 335. -Ulta Salon Cosmetics & Frangrance (Common) | | | | | Sold (part) | 02/19/13 | J | | |
| 336. -Ulta Salon Cosmetics & Frangrance (Common) | | | | | Sold | 03/25/13 | J | | |
| 337. -Union Pacific Corp (Common) | | | | | Buy (add'l) | 06/04/13 | J | | |
| 338. -Union Pacific Corp (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 339. -Union Pacific Corp (Common) | | | | | Buy (add'l) | 12/14/13 | J | | |
| 340. -United Technologies Corp (Common) | | | | | Sold | 1/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 01/07/13 | J | A | |
| 342. -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 02/07/13 | J | A | |
| 343. -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 03/15/13 | J | A | |
| 344. -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 05/01/13 | J | A | |
| 345. -UnitedHealth Group Inc (Common) | | | | | Sold | 05/15/13 | J | A | |
| 346. -US Bancorp (Common) | | | | | Buy (add'l) | 02/06/13 | J | | |
| 347. -US Bancorp (Common) | | | | | Sold | 06/13/13 | J | A | |
| 348. -Valero Energy Corp (Common) | | | | | Buy | 01/28/13 | J | | |
| 349. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 02/15/13 | J | | |
| 350. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 10/30/13 | J | | |
| 351. -Verizon Communications Inc (Common) | | | | | | | | | |
| 352. -Verisk Analytics Inc (Common) | | | | | Buy | 10/09/13 | J | | |
| 353. -Vertex Pharmaceuticals Inc (Common) | | | | | Sold (part) | 07/22/13 | J | A | |
| 354. -Viacom Inc (Common) | | | | | Buy (add'l) | 08/05/13 | J | | |
| 355. -Viacom Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 356. -Viacom Inc (Common) | | | | | Sold (part) | 11/18/13 | J | A | |
| 357. -Visa Inc (Common) | | | | | Sold (part) | 03/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Visa Inc (Common) | | | | | Sold (part) | 06/27/13 | J | A | |
| 359. -Wal-Mart Stores, Inc (Common) | | | | | Buy (add'l) | 03/25/13 | J | | |
| 360. -Wal-Mart Stores, Inc (Common) | | | | | Buy (add'l) | 05/21/13 | J | | |
| 361. -Wal-Mart Stores, Inc (Common) | | | | | Sold (part) | 09/17/13 | J | | |
| 362. -Wal-Mart Stores, Inc (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 363. -Wellpoint Inc (Common) | | | | | Sold (part) | 01/10/13 | J | | |
| 364. -Wellpoint Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 365. -Wellpoint Inc (Common) | | | | | Sold (part) | 11/11/13 | J | A | |
| 366. -Wellpoint Inc (Common) | | | | | Sold | 12/05/13 | J | A | |
| 367. -Wells Fargo & Company (Common) | | | | | Sold (part) | 04/05/13 | J | A | |
| 368. -Wells Fargo & Company (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 369. -Wheels Group, Inc (Common) | | | | | | | | | |
| 370. -WW Grainger Inc (Common) | | | | | Buy | 03/14/13 | J | | |
| 371. -WW Grainger Inc (Common) | | | | | Buy (add'l) | 04/05/13 | J | | |
| 372. -WW Grainger Inc (Common) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 373. -WW Grainger Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 374. S2 | A | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -DFA International Small Cap Value Fund | | | | | Sold (part) | 07/30/13 | J | A | |
| 376. -DFA International Value Fund | | | | | | | | | |
| 377. -DFA US Large Cap Growth Fund | | | | | Buy | 04/29/13 | K | | |
| 378. -DFA US Large Cap Value Fund | | | | | Buy (add'l) | 01/07/13 | J | | |
| 379. -DFA US Large Cap Value Fund | | | | | Buy (add'l) | 03/12/13 | K | | |
| 380. -DFA US Small Cap Growth Fund | | | | | Buy | 04/29/13 | K | | |
| 381. -DFA US Vector Equity Fund | | | | | | | | | |
| 382. -Goldman Sachs Rising Dividend Fund | | | | | Buy | 03/12/13 | J | | |
| 383. -Hennessy Cornerstone Mid Cap 30 Fund, fka Hennessy Focus 30 Fund | | | | | Buy (add'l) | 12/31/13 | J | | |
| 384. -iShares S&P 500 Growth Index Fund | | | | | Buy (add'l) | 01/07/13 | J | | |
| 385. -iShares S&P 500 Growth Index Fund | | | | | Buy (add'l) | 03/12/13 | K | | |
| 386. -iShares S&P 500 Growth Index Fund | | | | | Sold | 04/25/13 | L | D | |
| 387. -Lincoln National (Common) | | | | | Sold (part) | 01/04/13 | K | E | |
| 388. -Lincoln National (Common) | | | | | Sold | 03/08/13 | M | F | |
| 389. -Mainstay Marketfield Fund | | | | | Buy (add'l) | 03/12/13 | J | | |
| 390. -Mainstay Marketfield Fund | | | | | Sold (part) | 07/30/13 | J | A | |
| 391. -Matthews Asian Growth & Income Fund | | | | | Buy (add'l) | 03/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -Touchstone Sand Capital Inst Fund | | | | | Buy (add'l) | 03/12/13 | K | | |
| 393. -Vanguard High Dividend Yield Fund | | | | | Buy | 01/07/13 | J | | |
| 394. -Vanguard High Dividend Yield Fund | | | | | Buy (add'l) | 03/12/13 | K | | |
| 395. -Vanguard High Dividend Yield Fund | | | | | Sold | 04/25/13 | K | B | |
| 396. -Wheels Group Inc, fka Greenfield Commercial Credit | | | | | | | | | |
| 397. IRA1 | D | Int./Div. | O | T | | | | | |
| 398. -DFA Emerging Mkt Core Equity Fund | | | | | Buy | 09/24/13 | K | | |
| 399. -DFA International Small Cap Value Fund | | | | | | | | | |
| 400. -DFA International Value Fund | | | | | Buy (add'l) | 05/28/13 | J | | |
| 401. -DFA US Large Cap Growth Fund | | | | | Buy (add'l) | 04/29/13 | K | | |
| 402. -DFA US Large Cap Growth Fund | | | | | Buy (add'l) | 05/28/13 | J | | |
| 403. -DFA US Large Cap Value Fund | | | | | Buy (add'l) | 09/16/13 | J | | |
| 404. -DFA US Small Cap Growth Fund | | | | | Buy (add'l) | 04/29/13 | K | | |
| 405. -DFA US Vector Equity Fund | | | | | | | | | |
| 406. -Excel Trust Inc (Common) | | | | | | | | | |
| 407. -Goldman Sachs Rising Dividend Gr Instl Fund | | | | | | | | | |
| 408. -Hodges Small Cap Fund | | | | | Buy (add'l) | 05/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -iShares S&P 500 Growth Index Fund | | | | | Sold | 04/25/13 | K | B | |
| 410. -Mainstay Marketfield Fund | | | | | Buy (add'l) | 01/07/13 | J | | |
| 411. -Mainstay Marketfield Fund | | | | | Buy (add'l) | 05/28/13 | J | | |
| 412. -Mainstay Marketfield Fund | | | | | Sold (part) | 09/24/13 | J | D | |
| 413. -Matthews Asian Growth & Income Fund | | | | | Buy (add'l) | 05/28/13 | J | | |
| 414. -Matthews Asian Growth & Income Fund | | | | | Buy (add'l) | 12/31/13 | J | | |
| 415. -Northstar Rlty Fin Corp (Common) | | | | | Buy | 04/17/13 | K | | |
| 416. -UMH Properties Inc (Common) | | | | | | | | | |
| 417. -Vanguard High Dividend Yield Index | | | | | Sold | 04/25/13 | K | D | |
| 418. IRA 2 | A | Int./Div. | L | T | | | | | |
| 419. -DFA International Value Fund | | | | | | | | | |
| 420. -Mainstay Marketfield Fund fka Marketfield Fund | | | | | | | | | |
| 421. -Matthews Asian Growth & Income Fund | | | | | | | | | |
| 422. FR 1 | E | Dividend | P1 | T | | | | | |
| 423. -AB Discovery Growth Fund | | | | | Buy (add'l) | 06/10/13 | J | | |
| 424. -AB Discovery Value Fund | | | | | | | | | |
| 425. -Abercrombie & Fitch Co (Common) | | | | | Buy | 07/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -Abercrombie & Fitch Co (Common) | | | | | Sold | 10/08/13 | J | | |
| 427. -Affiliated Managers Group Inc (Common) | | | | | Buy (add'l) | 06/17/13 | J | | |
| 428. -Alliance Bernstein Cash (Fund) | | | | | | | | | |
| 429. -Allergan, Inc (Common) | | | | | Buy | 05/15/13 | J | | |
| 430. -Allergan, Inc (Common) | | | | | Buy (add'l) | 05/16/13 | J | | |
| 431. -Allergan, Inc (Common) | | | | | Buy (add'l) | 05/23/13 | J | | |
| 432. -Allergan, Inc (Common) | | | | | Buy (add'l) | 06/03/13 | J | | |
| 433. -Allergan, Inc (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 434. -Altria Group Inc (Common) | | | | | Sold (part) | 01/11/13 | J | | |
| 435. -Altria Group Inc (Common) | | | | | Sold (part) | 03/21/13 | J | | |
| 436. -Altria Group Inc (Common) | | | | | Sold (part) | 05/07/13 | J | B | |
| 437. -Altria Group Inc (Common) | | | | | Sold (part) | 06/06/13 | J | A | |
| 438. -Amazon.com Inc (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 439. -Amazon.com Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 440. -Amdocs Ltd (Common) | | | | | Buy | 02/13/13 | J | | |
| 441. -Amdocs Ltd (Common) | | | | | Buy (add'l) | 05/22/13 | J | | |
| 442. -Amdocs Ltd (Common) | | | | | Buy (add'l) | 10/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  -American Express (Common) | | | | | Buy | 05/09/13 | J | | |
| 444.  -American Express (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 445.  -American Express (Common) | | | | | Buy (add'l) | 09/17/13 | J | | |
| 446.  -American Express (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 447.  -American International Group (Common) | | | | | Buy | 05/09/13 | J | | |
| 448.  -American International Group (Common) | | | | | Buy (add'l) | 06/06/13 | J | | |
| 449.  -American International Group (Common) | | | | | Buy (add'l) | 11/06/13 | J | | |
| 450.  -American Tower Corp (Common) | | | | | Buy | 07/16/13 | J | | |
| 451.  -Amgen Inc (Common) | | | | | Sold | 05/20/13 | J | A | |
| 452.  -Ansys Inc (Common) | | | | | Buy (add'l) | 04/22/13 | J | | |
| 453.  -Ansys Inc (Common) | | | | | Buy (add'l) | 10/08/13 | J | | |
| 454.  -Aon PLC (Common) | | | | | Buy | 09/19/13 | J | | |
| 455.  -Apple Inc (Common) | | | | | Sold (part) | 06/17/13 | J | A | |
| 456.  -Apple Inc (Common) | | | | | Sold (part) | 10/15/13 | J | B | |
| 457.  -Apple Inc (Common) | | | | | Buy (add'l) | 12/13/13 | J | | |
| 458.  -Apple Inc (Common) | | | | | Buy (add'l) | 12/20/13 | J | | |
| 459.  -Apple Inc (Common) | | | | | Sold (part) | 06/17/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 57

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

07/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Applied Materials Inc (Common) | | | | | Sold (part) | 02/05/13 | J | A | |
| 461. -Applied Materials Inc (Common) | | | | | Sold (part) | 05/03/13 | J | A | |
| 462. -Applied Materials Inc (Common) | | | | | Sold | 08/22/13 | J | B | |
| 463. -Assurant (Common) | | | | | Buy | 12/05/13 | J | | |
| 464. -Astrazeneca PLC Spons ADR (Common) | | | | | Sold (part) | 02/05/13 | J | A | |
| 465. -Astrazeneca PLC Spons ADR (Common) | | | | | Sold (part) | 02/11/13 | J | A | |
| 466. -Astrazeneca PLC Spons ADR (Common) | | | | | Sold (part) | 02/15/13 | J | | |
| 467. -Astrazeneca PLC Spons ADR (Common) | | | | | Sold | 06/24/13 | J | A | |
| 468. -AT&T Inc (Common) | | | | | Sold (part) | 02/06/13 | J | A | |
| 469. -AT&T Inc (Common) | | | | | Sold | 05/13/13 | J | A | |
| 470. -Bank of America Corp (Common) | | | | | Buy (add'l) | 02/05/13 | J | | |
| 471. -Bank of America Corp (Common) | | | | | Buy (add'l) | 02/15/13 | J | | |
| 472. -BB&T Corp (Common) | | | | | Sold (part) | 01/10/13 | J | | |
| 473. -BB&T Corp (Common) | | | | | Sold | 02/05/13 | J | | |
| 474. -Becton Dickinson & Co (Common) | | | | | | | | | |
| 475. -Berkshire Hathaway Inc (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 476. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 01/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 02/04/13 | J | | |
| 478. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 02/20/13 | J | | |
| 479. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 03/20/13 | J | | |
| 480. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 04/19/13 | J | | |
| 481. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 05/02/13 | J | | |
| 482. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 05/20/13 | J | | |
| 483. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 06/10/13 | L | | |
| 484. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 06/20/13 | J | | |
| 485. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 07/19/13 | J | | |
| 486. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 08/20/13 | J | | |
| 487. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 09/20/13 | J | | |
| 488. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 10/18/13 | J | | |
| 489. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 11/20/13 | J | | |
| 490. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 12/10/13 | J | | |
| 491. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 12/20/13 | J | | |
| 492. -Bernstein Emerging Markets Portfolio | | | | | Buy (add'l) | 06/10/13 | J | | |
| 493. -Bernstein Emerging Markets Portfolio | | | | | Buy (add'l) | 12/10/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 06/10/13 | J | | |
| 495. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 10/11/13 | J | D | |
| 496. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 12/10/13 | J | | |
| 497. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 12/27/13 | J | F | |
| 498. -Biogen Idec Inc (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 499. -Biogen Idec Inc (Common) | | | | | Sold (part) | 09/06/13 | J | B | |
| 500. -Biogen Idec Inc (Common) | | | | | Sold (part) | 10/24/13 | J | B | |
| 501. -Boeing Co (Common) | | | | | Buy | 05/13/13 | J | | |
| 502. -Boeing Co (Common) | | | | | Buy (add'l) | 05/22/13 | J | | |
| 503. -Boeing Co (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 504. -Boeing Co (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 505. -BP PLC-Spons ADR (Common) | | | | | Sold | 02/13/13 | J | A | |
| 506. -Campbell Soup Co (Common) | | | | | Buy | 03/27/13 | J | | |
| 507. -Campbell Soup Co (Common) | | | | | Sold | 10/28/13 | J | | |
| 508. -Capital One Financial Corp (Common) | | | | | Buy | 04/03/13 | J | | |
| 509. -CBS Corp (Common) | | | | | Buy | 06/20/13 | J | | |
| 510. -Celgene Corp (Common) | | | | | Buy | 03/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 57

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

07/15/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Celgene Corp (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 512. -Chevron Corp (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 513. -Chipotle Mexican Grill (Common) | | | | | Sold (part) | 02/07/13 | J | | |
| 514. -Chubb Corp (Common) | | | | | Buy | 03/22/13 | J | | |
| 515. -Chubb Corp (Common) | | | | | Buy | 06/13/13 | J | | |
| 516. -Cisco Systems Inc (Common) | | | | | Sold (part) | 11/18/13 | J | A | |
| 517. -CIT Group Inc (Common) | | | | | Sold (part) | 05/21/13 | J | A | |
| 518. -Citigroup Inc (Common) | | | | | Buy (add'l) | 08/12/13 | J | | |
| 519. -Citigroup Inc (Common) | | | | | Sold (part) | 03/21/13 | J | A | |
| 520. -Citrix Systems Inc (Common) | | | | | Sold (part) | 01/23/13 | J | | |
| 521. -Citrix Systems Inc (Common) | | | | | Sold (part) | 07/02/13 | J | | |
| 522. -Citrix Systems Inc (Common) | | | | | Sold (part) | 07/19/13 | J | A | |
| 523. -Citrix Systems Inc (Common) | | | | | Sold | 11/15/13 | J | | |
| 524. -Cognizant Tech Solutions (Common) | | | | | Buy (add'l) | 05/01/13 | J | | |
| 525. -Cognizant Tech Solutions (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 526. -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 10/21/13 | J | | |
| 527. -Comcast Corp (Common) | | | | | Buy (add'l) | 11/18/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 57

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

07/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Conagra Foods Inc (Common) | | | | | Buy | 01/14/13 | J | | |
| 529. -Costco Wholesale Corp (Common) | | | | | Buy | 04/23/13 | J | | |
| 530. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 531. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 12/02/13 | J | | |
| 532. -CST Brands (Common) | | | | | Spinoff (from line 736) | 05/01/13 | J | | |
| 533. -CST Brands (Common) | | | | | Sold | 05/03/13 | J | | |
| 534. -CVS/Caremark Corp (Common) | | | | | Buy | 01/23/13 | J | | |
| 535. -Danaher Corp (Common) | | | | | Buy (add'l) | 07/16/13 | J | | |
| 536. -Danaher Corp (Common) | | | | | Buy (add'l) | 08/26/13 | J | | |
| 537. -Delta Airlines Inc (Common) | | | | | Sold (part) | 01/24/13 | J | A | |
| 538. -Delta Airlines Inc (Common) | | | | | Sold (part) | 10/10/13 | J | B | |
| 539. -Delta Airlines Inc (Common) | | | | | Sold | 10/14/13 | J | B | |
| 540. -Diamond Offshore Drilling (Common) | | | | | Sold | 08/08/13 | J | A | |
| 541. -DirecTV (Common) | | | | | Sold | 02/25/13 | J | | |
| 542. -Discover Financial Services (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 543. -Eaton Corp (Common) | | | | | Sold (part) | 08/05/13 | J | | |
| 544. -Eaton Corp (Common) | | | | | Sold | 08/20/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -EBay Inc (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 546. -EBay Inc (Common) | | | | | Buy (add'l) | 03/19/13 | J | | |
| 547. -Electronic Arts Inc (Common) | | | | | Buy | 05/29/13 | J | | |
| 548. -Electronic Arts Inc (Common) | | | | | Buy (add'l) | 11/05/13 | J | | |
| 549. -Electronic Arts Inc (Common) | | | | | Buy (add'l) | 11/06/13 | J | | |
| 550. -EMC Corp (Common) | | | | | Buy | 07/26/13 | J | | |
| 551. -EMC Corp (Common) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 552. -EMC Corp (Common) | | | | | Sold (part) | 10/16/13 | J | | |
| 553. -EMC Corp (Common) | | | | | Sold | 10/22/13 | J | | |
| 554. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 02/13/13 | J | | |
| 555. -EOG Resources Inc (Common) | | | | | Sold (part) | 09/09/13 | J | A | |
| 556. -EOG Resources Inc (Common) | | | | | Sold (part) | 10/04/13 | J | A | |
| 557. -Everest Re Group Ltd (Common) | | | | | Buy (add'l) | 03/05/13 | J | | |
| 558. -Everest Re Group Ltd (Common) | | | | | Sold (part) | 05/23/13 | J | A | |
| 559. -Exxon Mobile Corp (Common) | | | | | Buy (add'l) | 03/11/13 | J | | |
| 560. -Exxon Mobile Corp (Common) | | | | | Sold (part) | 02/08/13 | J | | |
| 561. -Exxon Mobile Corp (Common) | | | | | Sold (part) | 04/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**CLELAND, ROBERT H.**

Date of Report

07/15/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Exxon Mobile Corp (Common) | | | | | Sold (part) | 04/25/13 | J | | |
| 563. -Exxon Mobile Corp (Common) | | | | | Sold (part) | 07/16/13 | J | A | |
| 564. -Exxon Mobile Corp (Common) | | | | | Sold | 09/12/13 | J | A | |
| 565. -F5 Networks Inc (Common) | | | | | Buy (add'l) | 01/30/13 | J | | |
| 566. -F5 Networks Inc (Common) | | | | | Buy (add'l) | 02/04/13 | J | | |
| 567. -F5 Networks Inc (Common) | | | | | Sold (part) | 03/25/13 | J | | |
| 568. -F5 Networks Inc (Common) | | | | | Sold (part) | 06/06/13 | J | | |
| 569. -F5 Networks Inc (Common) | | | | | Sold | 06/12/13 | J | | |
| 570. -Fidelity National Financial Inc (Common) | | | | | Sold | 10/25/13 | J | | |
| 571. -Fidelity National Information Services (Common) | | | | | | | | | |
| 572. -Fiserv Inc (Common) | | | | | Buy (add'l) | 01/09/13 | J | | |
| 573. -Fiserv Inc (Common) | | | | | Sold (part) | 07/05/13 | J | | |
| 574. -Fiserv Inc (Common) | | | | | Buy (add'l) | 05/22/13 | J | | |
| 575. -Gamestop Corp (Common) | | | | | Buy | 02/06/13 | J | | |
| 576. -Gannett (Common) | | | | | Buy | 10/17/13 | J | | |
| 577. -General Electric Co (Common) | | | | | Sold (part) | 07/16/13 | J | B | |
| 578. -General Electric Co (Common) | | | | | Sold | 08/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -Genworth Financial Inc (Common) | | | | | Buy | 07/01/13 | J | | |
| 580. -Genworth Financial Inc (Common) | | | | | Buy (add'l) | 12/03/13 | J | | |
| 581. -Gilead Sciences (Common) | | | | | Buy | 06/12/13 | J | | |
| 582. -Goldman Sachs Group Inc (Common) | | | | | Buy | 01/10/13 | J | | |
| 583. -Google Inc (Common) | | | | | Sold (part) | 04/04/13 | J | A | |
| 584. -Hailliburton (Common) | | | | | Buy | 08/23/13 | J | | |
| 585. -Hailliburton (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 586. -Harley Davidson Inc (Common) | | | | | Buy (add'l) | 05/30/13 | J | | |
| 587. -Harley Davidson Inc (Common) | | | | | Sold (part) | 07/09/13 | J | A | |
| 588. -Harley Davidson Inc (Common) | | | | | Sold | 07/26/13 | J | A | |
| 589. -Harris Corp (Common) | | | | | Sold | 03/19/13 | J | | |
| 590. -Hasbro Inc (Common) | | | | | Buy | 10/23/13 | J | | |
| 591. -Health Net Inc (Common) | | | | | | | | | |
| 592. -Hess (Common) | | | | | Buy | 10/16/13 | J | | |
| 593. -Hess (Common) | | | | | Buy (add'l) | 11/01/13 | J | | |
| 594. -Hewlett Packard Co (Common) | | | | | Sold (part) | 03/15/13 | J | | |
| 595. -Hewlett Packard Co (Common) | | | | | Sold (part) | 11/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Home Depot Inc (Common) | | | | | Buy (add'l) | 02/23/13 | J | | |
| 597. -IDEXX Labs Corp (Common) | | | | | Sold (part) | 03/26/13 | J | A | |
| 598. -IDEXX Labs Corp (Common) | | | | | Sold (part) | 04/04/13 | J | | |
| 599. -IDEXX Labs Corp (Common) | | | | | Sold (part) | 04/23/13 | J | | |
| 600. -IDEXX Labs Corp (Common) | | | | | Sold | 06/10/13 | J | | |
| 601. -IBM Corp (Common) | | | | | Buy (add'l) | 03/25/13 | J | | |
| 602. -IBM Corp (Common) | | | | | Sold (part) | 01/10/13 | J | | |
| 603. -IBM Corp (Common) | | | | | Sold (part) | 12/13/13 | J | | |
| 604. -IBM Corp (Common) | | | | | Buy (add'l) | 06/14/13 | J | | |
| 605. -Illinois Tool Works (Common) | | | | | Buy | 03/21/13 | J | | |
| 606. -Illinois Tool Works (Common) | | | | | Buy (add'l) | 05/06/13 | J | | |
| 607. -Illinois Tool Works (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 608. -Intercontinental Exchange Inc (Common) | | | | | Sold (part) | 09/20/13 | J | A | |
| 609. -Intuit Inc (Common) | | | | | Buy (add'l) | 02/06/13 | J | | |
| 610. -Intuit Inc (Common) | | | | | Sold | 05/10/13 | J | B | |
| 611. -Intuitive Surgical Inc (Common) | | | | | Buy (add'l) | 05/01/13 | J | | |
| 612. -Intuitive Surgical Inc (Common) | | | | | Buy (add'l) | 07/22/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -Intuitive Surgical Inc (Common) | | | | | Sold (part) | 01/30/13 | J | | |
| 614. -Intuitive Surgical Inc (Common) | | | | | Sold | 12/04/13 | J | | |
| 615. -iShares MSCI EAFE ETF (Common) | | | | | Buy | 12/30/13 | J | | |
| 616. -iShares MSCI EAFE ETF (Common) | | | | | Buy (add'l) | 12/31/13 | J | | |
| 617. -JM Smuckers Co (Common) | | | | | Buy | 01/07/13 | J | | |
| 618. -JM Smuckers Co (Common) | | | | | Buy (add'l) | 01/11/13 | J | | |
| 619. -JM Smuckers Co (Common) | | | | | Buy (add'l) | 01/24/13 | J | | |
| 620. -Johnson & Johnson (Common) | | | | | | | | | |
| 621. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 07/16/13 | J | | |
| 622. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/13/13 | J | B | |
| 623. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 10/11/13 | J | B | |
| 624. -Kinder Morgan Inc (Common) | | | | | Buy (add'l) | 05/20/13 | J | | |
| 625. -Kinder Morgan Inc (Common) | | | | | Buy (add'l) | 07/16/13 | J | | |
| 626. -Kinder Morgan Inc (Common) | | | | | Sold (part) | 10/07/13 | J | | |
| 627. -Kinder Morgan Inc (Common) | | | | | Sold (part) | 10/18/13 | J | | |
| 628. -Kinder Morgan Inc (Common) | | | | | Sold (part) | 11/18/13 | J | A | |
| 629. -Kraft Foods Group Inc (Common) | | | | | Buy (add'l) | 01/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -Kraft Foods Group Inc (Common) | | | | | Sold (part) | 11/22/13 | J | A | |
| 631. -Kroger Co (Common) | | | | | Sold (part) | 05/07/13 | J | B | |
| 632. -Kroger Co (Common) | | | | | Sold (part) | 06/06/13 | J | A | |
| 633. -Kroger Co (Common) | | | | | Sold (part) | 10/24/13 | J | A | |
| 634. -Liberty Media Corp (Common) | | | | | | | | | |
| 635. -Lincoln National (Common) | | | | | Sold | 06/07/13 | J | G | |
| 636. -LinkedIn Corp (Common) | | | | | Sold (part) | 04/22/13 | J | A | |
| 637. -Lorillard Inc (Common) | | | | | Sold (part) | 01/18/13 | J | A | |
| 638. -Lorillard Inc (Common) | | | | | Sold (part) | 03/07/13 | J | | |
| 639. -Lorillard Inc (Common) | | | | | Sold | 03/21/13 | J | A | |
| 640. -Lyondellbasell Industried (Common) | | | | | Buy (add'l) | 04/24/13 | J | | |
| 641. -Macy's Inc (Common) | | | | | Sold (part) | 10/14/13 | J | A | |
| 642. -Marathon Petroleum (Common) | | | | | Buy | 03/18/13 | J | | |
| 643. -Marathon Petroleum (Common) | | | | | Buy (add'l) | 05/06/13 | J | | |
| 644. -Marsh & McClennan Cos Inc (Common) | | | | | Buy (add'l) | 01/08/13 | J | | |
| 645. -Marsh & McClennan Cos Inc (Common) | | | | | Sold | 02/12/13 | J | A | |
| 646. -McDonalds Corp (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

CLELAND, ROBERT H.

07/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647.  -McKesson Corp (Common) | | | | | Sold (part) | 03/08/13 | J | A | |
| 648.  -McKesson Corp (Common) | | | | | Sold | 06/03/13 | J | B | |
| 649.  -Mead Johnson Nutrition Co (Common) | | | | | Buy | 12/05/13 | J | | |
| 650.  -Medtronic Inc (Common) | | | | | | | | | |
| 651.  -Merck & Co Inc (Common) | | | | | Sold (part) | 05/21/13 | J | A | |
| 652.  -MGM Resorts International (Common) | | | | | Sold (part) | 02/19/13 | J | | |
| 653.  -MGM Resorts International (Common) | | | | | Sold | 03/15/13 | J | | |
| 654.  -Micron Technology Inc (Common) | | | | | Sold (part) | 04/05/13 | J | A | |
| 655.  -Micron Technology Inc (Common) | | | | | Sold | 05/28/13 | J | B | |
| 656.  -Microsoft Corp (Common) | | | | | | | | | |
| 657.  -Monsanto Co (Common) | | | | | Buy | 02/15/13 | J | | |
| 658.  -Monsanto Co (Common) | | | | | Buy (add'l) | 03/22/13 | J | | |
| 659.  -Monsanto Co (Common) | | | | | Buy (add'l) | 07/18/13 | J | | |
| 660.  -Monsanto Co (Common) | | | | | Sold (part) | 08/29/13 | J | | |
| 661.  -Monsanto Co (Common) | | | | | Sold (part) | 10/09/13 | J | A | |
| 662.  -Monsanto Co (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 663.  -National - Oilwell Inc (Common) | | | | | Sold (part) | 01/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

CLELAND, ROBERT H.

07/15/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -National - Oilwell Inc (Common) | | | | | Sold (part) | 06/04/13 | J | | |
| 665. -National - Oilwell Inc (Common) | | | | | Sold | 07/29/13 | J | | |
| 666. -Nike Inc (Common) | | | | | Buy | 12/03/13 | J | | |
| 667. -Noble Energy Inc (Common) | | | | | Buy (add'l) | 02/25/13 | J | | |
| 668. -Noble Energy Inc (Common) | | | | | Sold (part) | 04/08/13 | J | A | |
| 669. -NV Energy Inc (Common) | | | | | Sold | 02/12/13 | J | A | |
| 670. -Occidental Petroleum Corp (Common) | | | | | Buy | 09/12/13 | J | | |
| 671. -O'Reilly Automotive Inc (Common) | | | | | Buy | 10/23/13 | J | | |
| 672. -O'Reilly Automotive Inc (Common) | | | | | Sold | 11/26/13 | J | | |
| 673. -Parinerre LTD (Common) | | | | | Buy (add'l) | 06/14/13 | J | | |
| 674. -Parker Hannifin Ltd (Common) | | | | | Buy | 09/27/13 | J | | |
| 675. -Patterson Cos, Inc (Common) | | | | | Buy | 02/15/13 | J | | |
| 676. -Patterson Cos, Inc (Common) | | | | | Buy (add'l) | 06/03/13 | J | | |
| 677. -Patterson Cos, Inc (Common) | | | | | Buy (add'l) | 06/17/13 | J | | |
| 678. -Pepsico Inc (Common) | | | | | Buy | 08/23/13 | J | | |
| 679. -Petsmart (Common) | | | | | Buy (add'l) | 03/01/13 | J | | |
| 680. -Petsmart (Common) | | | | | Sold (part) | 04/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

CLELAND, ROBERT H.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  -Pfizer Inc (Common) | | | | | Sold (part) | 03/21/13 | J | A | |
| 682.  -Pfizer Inc (Common) | | | | | Sold (part) | 05/03/13 | J | B | |
| 683.  -Pfizer Inc (Common) | | | | | Buy (add'l) | 06/06/13 | J | | |
| 684.  -Pfizer Inc (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 685.  -Philip Morris International (Common) | | | | | Sold (part) | 05/22/13 | J | A | |
| 686.  -Polaris Industries Inc (Common) | | | | | Buy | 11/12/13 | J | | |
| 687.  -Precision Castparts Corp (Common) | | | | | Sold (part) | 05/20/13 | J | A | |
| 688.  -Precision Castparts Corp (Common) | | | | | Sold (part) | 10/02/13 | J | A | |
| 689.  -Precision Castparts Corp (Common) | | | | | Sold (part) | 10/22/13 | J | A | |
| 690.  -Priceline Com Inc (Common) | | | | | Buy (add'l) | 04/10/13 | J | | |
| 691.  -Priceline Com Inc (Common) | | | | | Buy (add'l) | 04/18/13 | J | | |
| 692.  -Priceline Com Inc (Common) | | | | | Buy (add'l) | 05/23/13 | J | | |
| 693.  -Priceline Com Inc (Common) | | | | | Buy (add'l) | 04/10/13 | J | | |
| 694.  -Priceline Com Inc (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 695.  -Procter & Gamble Co (Common) | | | | | Sold | 05/22/13 | J | A | |
| 696.  -Pulte Group Inc (Common) | | | | | Buy (add'l) | 07/22/13 | J | | |
| 697.  -Raytheon Co (Common) | | | | | Buy | 11/01/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

**CLELAND, ROBERT H.**

07/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Raytheon Co (Common) | | | | | Buy | 12/05/13 | J | | |
| 699. -Regal Entertainment Group (Common) | | | | | Buy | 07/11/13 | J | | |
| 700. -Reynolds American Inc (Common) | | | | | | | | | |
| 701. -Safeway Inc (Common) | | | | | Buy | 03/25/13 | J | | |
| 702. -Safeway Inc (Common) | | | | | Sold | 06/13/13 | J | | |
| 703. -Schlumbergr LTD (Common) | | | | | Sold (part) | 05/01/13 | J | A | |
| 704. -Schlumbergr LTD (Common) | | | | | Sold | 05/15/13 | J | A | |
| 705. -Schlumbergr LTD (Common) | | | | | Buy | 07/22/13 | J | | |
| 706. -Sherwin-Williams Co (Common) | | | | | Sold (part) | 06/14/13 | J | B | |
| 707. -Sherwin-Williams Co (Common) | | | | | Buy (add'l) | 11/01/13 | J | | |
| 708. -Starbucks Corp (Common) | | | | | Sold (part) | 10/11/13 | J | A | |
| 709. -Stericycle, Inc (Common) | | | | | Buy | 03/01/13 | J | | |
| 710. -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 03/11/13 | J | | |
| 711. -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 712. -Tax-Aware Overlay (Common) | | | | | Sold (part) | 10/11/13 | J | B | |
| 713. -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 12/17/13 | J | | |
| 714. -The Walt Disney Co (Common) | | | | | Sold (part) | 09/20/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -Tibco Software Inc (Common) | | | | | Sold (part) | 02/01/13 | J | | |
| 716. -Tibco Software Inc (Common) | | | | | Sold | 04/26/13 | J | | |
| 717. -Time Warner Cable (Common) | | | | | Sold (part) | 07/19/13 | J | B | |
| 718. -Time Warner Cable (Common) | | | | | Sold (part) | 07/22/13 | J | A | |
| 719. -Time Warner Cable (Common) | | | | | Sold | 08/15/13 | J | C | |
| 720. -Time Warner Inc (Common) | | | | | | | | | |
| 721. -TJX Companies Inc (Common) | | | | | Buy (add'l) | 04/25/13 | J | | |
| 722. -Tyson Foods Inc (Common) | | | | | Sold (part) | 03/25/13 | J | A | |
| 723. -Tyson Foods Inc (Common) | | | | | Sold | 09/25/13 | J | B | |
| 724. -Ulta Salon Cosmetics & Fragrances (Common) | | | | | Sold (part) | 02/19/13 | J | | |
| 725. -Ulta Salon Cosmetics & Fragrances (Common) | | | | | Sold | 03/25/13 | J | | |
| 726. -Union Pacific Corp (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 727. -Union Pacific Corp (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 728. -Union Pacific Corp (Common) | | | | | Buy (add'l) | 12/02/13 | J | | |
| 729. -United Technologies Corp (Common) | | | | | Sold | 01/10/13 | J | A | |
| 730. -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 01/07/13 | J | A | |
| 731. -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 02/15/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 04/01/13 | J | A | |
| 733. -UnitedHealth Group Inc (Common) | | | | | Sold | 05/13/13 | J | B | |
| 734. -US Bancorp (Common) | | | | | Buy (add'l) | 02/06/13 | J | | |
| 735. -US Bancorp (Common) | | | | | Sold (part) | 05/14/13 | J | A | |
| 736. -US Bancorp (Common) | | | | | Sold | 06/13/13 | J | A | |
| 737. -Valero Energy Corp (Common) | | | | | Buy | 01/28/13 | J | | |
| 738. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 02/15/13 | J | | |
| 739. -Verisk Analytics Inc (Common) | | | | | Buy | 10/09/13 | J | | |
| 740. -Verizon Communications Inc (Common) | | | | | Buy (add'l) | 11/18/13 | J | | |
| 741. -Vertex Pharmaceuticals Inc (Common) | | | | | | | | | |
| 742. -Viacom Inc (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 743. -Viacom Inc (Common) | | | | | Sold (part) | 11/18/13 | J | | |
| 744. -Visa Inc (Common) | | | | | Sold (part) | 03/15/13 | J | A | |
| 745. -Wal-Mart Stores Inc (Common) | | | | | Buy (add'l) | 03/26/13 | J | | |
| 746. -Wal-Mart Stores Inc (Common) | | | | | Buy (add'l) | 05/21/13 | J | | |
| 747. -Wal-Mart Stores Inc (Common) | | | | | Buy (add'l) | 06/10/13 | J | | |
| 748. -Wal-Mart Stores Inc (Common) | | | | | Sold (part) | 09/17/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

CLELAND, ROBERT H.

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Wellpoint Inc (Common) | | | | | Sold (part) | 05/21/13 | J | A | |
| 750. -Wellpoint Inc (Common) | | | | | Sold (part) | 11/11/13 | J | B | |
| 751. -Wellpoint Inc (Common) | | | | | Sold | 12/05/13 | J | C | |
| 752. -Wells Fargo & Company (Common) | | | | | Sold (part) | 05/20/13 | J | A | |
| 753. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 07/16/13 | J | | |
| 754. -WW Grainger Inc (Common) | | | | | Buy | 03/14/13 | J | | |
| 755. -WW Grainger Inc (Common) | | | | | Buy (add'l) | 04/05/13 | J | | |
| 756. -WW Grainger Inc (Common) | | | | | Buy (add'l) | 08/27/13 | J | | |
| 757. -WW Grainger Inc (Common) | | | | | Sold (part) | 12/23/13 | J | A | |
| 758. -Xerox Corp (Common) | | | | | Buy | 11/25/13 | J | | |
| 759. -Brokerage | | | | | | | | | |
| 760. Alon USA Partners LP (Common) | A | Dividend | J | T | Buy | 07/09/13 | J | | |
| 761. BP PLC Sponsored ADR (common) | A | Dividend | L | T | | | | | |
| 762. Calumet Specialty Products LP (Common) | A | Dividend | J | T | Buy (add'l) | 08/15/13 | J | | |
| 763. CVR Refining LP Com Unit Repstg LTD Partner (Common) | A | Dividend | J | T | Buy | 07/09/13 | J | | |
| 764. Fidelity Cash Reserves Fund | A | Dividend | L | T | | | | | |
| 765. Fidelity Municipal Income Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766. Kinder Morgan Energy Partners LP (Common) | A | Dividend | J | T | | | | | |
| 767. Lincoln National (common) | A | Dividend | M | T | | | | | |
| 768. Nisource (common) | A | Dividend | K | T | | | | | |
| 769. Northern Tier Energy LP (Common) | A | Dividend | J | T | Buy | 07/09/13 | J | | |
| 770. Northstar Realty Finance Corp (Common) | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 771. Nustar Energy LP (Common) | A | Dividend | K | T | | | | | |
| 772. PetroLogistics LP (Common) | A | Dividend | J | T | Buy | 04/29/13 | J | | |
| 773. Plains All American Pipeline LP (Common) | A | Dividend | J | T | | | | | |
| 774. Sun Communities (Common) | A | Dividend | J | T | | | | | |
| 775. Investment Club - 10% interest | A | Int./Div. | J | T | | | | | |
| 776. -Abbvie Inc (Common) | | | | | Buy | 01/15/13 | J | | |
| 777. -Abbvie Inc (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 778. -Abbvie Inc (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 779. -Abbvie Inc (Common) | | | | | Buy (add'l) | 11/19/13 | J | | |
| 780. -ADR Sanofi-Aventis -name corrected from Sanofi SA | | | | | Buy (add'l) | 08/29/13 | J | | |
| 781. -Alcoa Inc (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 782. -Alcoa Inc (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

CLELAND, ROBERT H.

07/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783.  -Alcoa Inc (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 784.  -Alcoa Inc (Common) | | | | | Sold | 09/19/13 | J | | |
| 785.  -Alon USA Partners LP | | | | | Buy | 07/16/13 | J | | |
| 786.  -Alon USA Partners LP | | | | | Sold | 08/20/13 | J | | |
| 787.  -Altria Group Inc (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 788.  -Altria Group Inc (Common) | | | | | Sold | 03/12/13 | J | A | |
| 789.  -Banco Santander Cent (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 790.  -Banco Santander Cent (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 791.  -Banco Santander Cent (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 792.  -Banco Santander Cent (Common) | | | | | Sold | 09/17/13 | J | A | |
| 793.  -Bank of America Corp (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 794.  -Bristol Myers Squibb Co (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 795.  -Caterpillar (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 796.  -Caterpillar (Common) | | | | | Buy (add'l) | 05/14/13 | J | | |
| 797.  -Caterpillar (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 798.  -Caterpillar (Common) | | | | | Sold | 12/19/13 | J | | |
| 799.  -Cenveo Inc (Common) | | | | | Buy | 01/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Name of Person Reporting

Date of Report

CLELAND, ROBERT H.

07/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -Cenveo Inc (Common) | | | | | Sold | 09/17/13 | J | | |
| 801. -Conocophillips (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 802. -Conocophillips (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 803. -CVR Refining LP (Common) | | | | | Buy | 07/16/13 | J | | |
| 804. -CVR Refining LP (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 805. -CVR Refining LP (Common) | | | | | Sold (part) | 10/11/13 | J | | |
| 806. -Devon Energy Corp (Common) | | | | | Buy | 11/19/13 | J | | |
| 807. -Disney Walt Co (Common) | | | | | Buy | 05/14/13 | J | | |
| 808. -Du Pont E I DE Nemours & Co (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 809. -Du Pont E I DE Nemours & Co (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 810. -Du Pont E I DE Nemours & Co (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 811. -Exxon Mobil Corp (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 812. -Federated Prim Obligation ISS #396 | | | | | | | | | |
| 813. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 814. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 815. -Ford Mtr Co (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 816. -Ford Mtr Co (Common) | | | | | Sold | 05/14/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -Freeport-McMoran Copper & Gold Inc (Common) | | | | | Sold | 03/12/13 | J | | |
| 818. -General Electric Co (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 819. -General Electric Co (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 820. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 821. -Goldman Sachs Group Preferred (Common) | | | | | Buy | 01/15/13 | J | | |
| 822. -Goldman Sachs Group Preferred (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 823. -Goldman Sachs Group Preferred (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 824. -Goldman Sachs Group Preferred (Common) | | | | | Sold (part) | 09/17/13 | J | | |
| 825. -Halliburton Co (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 826. -iShares S&P US Pref Stock Index Fund | | | | | Buy (add'l) | 01/23/13 | J | | |
| 827. -iShares S&P US Pref Stock Index Fund | | | | | Buy (add'l) | 05/17/13 | J | | |
| 828. -iShares S&P US Pref Stock Index Fund | | | | | Sold | 09/17/13 | J | A | |
| 829. -Johnson Controls Inc (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 830. -Johnson Controls Inc (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 831. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 832. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 833. -McDonalds (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  -McDonalds (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 835.  -McDonalds (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 836.  -Merck & Co Inc (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 837.  -Merck & Co Inc (Common) | | | | | Sold | 03/12/13 | J | A | |
| 838.  -Nisource Inc (Common) | | | | | Buy | 03/12/13 | J | | |
| 839.  -Nisource Inc (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 840.  -Northern Tier Energy LP (Common) | | | | | Buy | 07/16/13 | J | | |
| 841.  -Northern Tier Energy LP (Common) | | | | | Sold | 09/13/13 | J | | |
| 842.  -Nustar Energy LP (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 843.  -Nustar Energy LP (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 844.  -Nustar Energy LP (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 845.  -Nustar Energy LP (Common) | | | | | Sold (part) | 10/18/13 | J | | |
| 846.  -Pfizer Inc (Common) | | | | | Buy (add'l) | 03/12/13 | J | | |
| 847.  -Pfizer Inc (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 848.  -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 849.  -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 850.  -Solar Capital Ltd (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

CLELAND, ROBERT H.

07/15/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Solar Capital Ltd (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |
| 852. -Solar Capital Ltd (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 853. -Solar Capital Ltd (Common) | | | | | Sold | 10/18/13 | J | A | |
| 854. -Symantec Corp (Common) | | | | | Sold | 11/19/13 | J | A | |
| 855. -UBS AG (Common) | | | | | Buy | 01/15/13 | J | | |
| 856. -UBS AG (Common) | | | | | Sold | 03/12/13 | J | | |
| 857. -US Bancorp Del (Common) | | | | | Buy | 03/12/13 | J | | |
| 858. -US Bancorp Del (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 859. -Vale SA (Common) | | | | | Buy (add'l) | 01/23/13 | J | | |
| 860. -Vale SA (Common) | | | | | Sold | 09/17/13 | J | | |
| 861. -Walgreen Co (Common) | | | | | Sold | 01/15/13 | J | A | |
| 862. -Wells Fargo & Co (Common) | | | | | Buy | 03/12/13 | J | | |
| 863. -Wells Fargo & Co (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 864. -Weyerhaeuser Co (Common) | | | | | Buy | 01/15/13 | J | | |
| 865. -Weyerhaeuser Co (Common) | | | | | Buy (add'l) | 08/29/13 | J | | |
| 866. -Weyerhaeuser Co (Common) | | | | | Sold | 11/19/13 | J | | |
| 867. -Xerox Corp (Common) | | | | | Buy (add'l) | 05/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 55 of 57

CLELAND, ROBERT H.

07/15/2015

CLELAND, ROBERT H.

07/15/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -Xerox Corp (Common) | | | | | | Buy (add'l) | 08/29/13 | J | | |
| 869. -Yahoo Inc (Common) | | | | | | Buy | 05/14/13 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value             V =Other                    W =Estimated

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AMENDED REPORT ONLY

Wheels Inc - Line 418 - Removed - Wheels Inc has never been a part of IRA 1. It was reported in error

CST Brands - Previously Line 534, now 533 - reported as a partial sale in error. SOLD in it's entirety on 05/03/2013

Exxon Mobile Corp - Previously Line 565, now 564 - reported as a partial sale in error. SOLD in it's entirety on 09/12/2013

Intercontinental Exchange Inc - Previously Line 609, now 608- reported as full sale in error. Should be PARTIAL SALE

Macy's - Previously Line 642, now 641 - reported as full sale in error. Should be PARTIAL SALE

------------------------------

US Natural Gas Fund - 2011 Report, Line 1733 - Completely sold on 08/23/11 and should not have been on the 2012 2nd Amended Report at line 1099

Greenfield Commercial Credit LLC from IRA 1, 2012 2nd Amended Report, line 506- mistakenly reported as an asset in previous years - REMOVED

Line 72 - Bernstein Multi Manager Hedge Fund Portfolio - missed as a purchase on 2011 report

Line 383 - Hennessy Focus 30 Fund, 2012 2nd Amended Report, line 489 renamed Hennessy Cornerstone Mid Cap 30 Fund

Line 396 - Greenfield Commercial Credit, 2012 2nd Amended Report, line 488 renamed Wheels Group, Inc

Line 771 - Sanofi SA, 2012 2nd Amended Report line 1086, as amended, - corrected listed as ADR Sanofi SA

| Name of Person Reporting | Date of Report |
| --- | --- |
| CLELAND, ROBERT H. | 07/15/2015 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **ROBERT H. CLELAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544